# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENAN ALLEN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2021 CW 0638

**JULY 30, 2021**

---

In Re:    Kenan Allen, applying for supervisory writs, 20th
Judicial District Court, Parish of West Feliciana, No.
23597.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**   Relator must first seek relief with the
district court before seeking such relief with this court.

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT